United States District Court
Southern District of Texas
**ENTERED**
September 26, 2022
Nathan Ochsner, Clerk

# In the United States District Court
## for the Southern District of Texas, Houston Division

| | |
|---|---|
| **Crown Castle Fiber LLC,** Plaintiff, v. **City of Pasadena,** Defendant. | Civ. Act. No. 4:20-CV-03369 |

## Order

Defendant, City of Pasadena's motion or stay pending appeal is in all things **granted**. It is therefore;

**Ordered** that the Court's final judgment and permanent injunction in favor of Plaintiff Crown Castle Fiber, LLC's motion is stayed pending resolution of the City of Pasadena's appeal.

Dated this  26th  day of  September , 2022.

_____
DAVID HITTNER
United States District Judge